NO. 07-06-0116-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

JUNE 6, 2006

_____

JERRY LEON RAY, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 47TH DISTRICT COURT OF POTTER COUNTY;

NO. 51,699-A; HONORABLE HAL MINER, JUDGE

_____

Before QUINN, C.J., and REAVIS and HANCOCK, JJ.

**MEMORANDUM OPINION**

Pending before this Court is appellant Jerry Leon Ray's motion to dismiss his appeal. Pursuant to Rule 42.2(a) of the Texas Rules of Appellate Procedure, the motion is signed by appellant. No decision of this Court having been delivered to date, we grant

the motion. No motion for rehearing will be entertained and our mandate will issue forthwith.

Accordingly, the appeal is dismissed.

Don H. Reavis
Justice

Do not publish.